him on the brief were *Thurgood Marshall, Frank D. Reeves* and *Franklin H. Williams. A. A. Carmichael,* Attorney General of Alabama, and *Bernard F. Sykes,* Assistant Attorney General, submitted on brief for respondent. [See 335 U. S. 252.]

*Miscellaneous Orders.*

No. 482. SEATRAIN LINES, INC. *v.* WEST INDIA FRUIT & STEAMSHIP CO., INC. ET AL. Petition for writ of certiorari to the Court of Appeals for the Second Circuit dismissed on motion of counsel for the petitioner. *Arthur L. Winn, Jr.* for petitioner. *William Radner, Odell Kominers, Frank J. McConnell, Joseph M. Rault* and *Arthur M. Boal* for the West India Fruit & S. S. Co.; *Joseph Walker* for Loftin et al., Trustees; and *S. Stanley Kreutzer* for McCauley, respondents. 

No. 307, Misc. CLARKE *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, dismissed on motion of the petitioner.

No. 337, Misc. O'NEILL *v.* CALIFORNIA;

No. 345, Misc. LLOYD *v.* HOWARD, WARDEN; and

No. 347, Misc. STEPHENSON *v.* NEW JERSEY. The motions for leave to file petitions for writs of habeas corpus are severally denied.

*Certiorari Granted.*

No. 457. HIATT, WARDEN, *v.* SMITH. C. A. 3d Cir. Motion of the Solicitor General to substitute Humphrey, the present warden, for Hiatt granted. Certiorari also granted. *Solicitor General Perlman* for petitioner. *Daniel F. Mathews* for respondent.